## A13A1963. KAUTZ v. POWELL et al.
### (780 SE2d 823)

ELLINGTON, Presiding Judge.

In *Kautz v. Powell*, 297 Ga. 283 (773 SE2d 690) (2015), the Supreme Court of Georgia reversed this Court's opinion in *Kautz v. Powell*, 326 Ga. App. 816 (755 SE2d 330) (2014). We therefore vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and reverse the trial court's judgment.

*Judgment reversed. Andrews, P. J., Barnes, P. J., Phipps, P. J., and Miller, Branch and McMillian, JJ., concur.*

DECIDED DECEMBER 16, 2015.

*Akin & Tate, S. Lester Tate III; Krevolin & Horst, Zahra S. Karinshak; Phyllis Miller*, for appellant.

*Kelly D. Kautz*, pro se.

*Webb, Tanner, Powell, Mertz & Wilson, Anthony O. L. Powell, Robert J. Wilson; Rubin Lublin, Jody C. Campbell; Drew, Eckl & Farnham, Kathryn S. Whitlock; Hawkins, Parnell, Thackston & Young, M. Elizabeth O'Neill*, for appellees.